IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFFS

VERSUS                                              CIVIL ACTION NO.  2:05cv14KS-JMR

ELEVEN PARCELS OF REAL PROPERTY IN
FORREST COUNTY ,ET AL                                                       DEFENDANTS

## MEMORANDUM OPINION

**T**his cause comes before the Court on the motion of the Plaintiff, United States of America to Dismiss   [5-1].  After due consideration of the positions of both sides, evidence of record, the briefs of counsel, the applicable law and being otherwise fully advised in the premises, the Court finds on June 9,2005 defendant , Charles Clendell Walker was charged in a two count Information with violating the federal drug laws( Criminal No. 2:05cr16KS-JMR). An Agreed Preliminary Order of Forfeiture was filed on September 15,2005 forfeiting the defendant's interest in certain real property.  Accordingly, on November 29,2005,  the United States has moved to dismiss the Civil Forfeiture without prejudice. The motion is not opposed. Therefore, the Court finds Plaintiff's to Dismiss[5-1]  be Granted as unopposed on the merits.

This the 13th day of February , 2006.

                              s/ *Keith Starrett*
                    UNITED STATES DISTRICT JUDGE